IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| ROLLIX INTERNATIONAL, INC. | * | CIVIL NO. 96-2245(DRD) |
| Plaintiff, | * | |
| v. | * | |
| PROPERTY PROTECTION SYSTEMS, INC., RALPH HERNANDEZ AND LUIGI CARBONE, | * * * * | |
| Defendants. | * | |
| | * | |

## AMENDED ORDER

Pending before the court is a motion instituted by a creditor of plaintiff, Rollix International, Inc., requesting that a Judgment issued by the Superior Court of Puerto Rico, San Juan Section, in civil case no. KAC 97-1111 (603), against Rollix International, Inc. be provided full faith and credit as a final judgment issued by the Superior Court of the Commonwealth of Puerto Rico. Plaintiffs Underwriters Trust Co., Charles A. Cordero Peña, and Thomas C. Cordero request that the judgment entered on December 19, 2000, against Rollix International, Inc. issued by the Superior Court Judge, Gloria Pérez Maury, be provided full faith and credit. Various exhibits were provided as exhibits to justify the principal of the claim and legal interests.

The court **GRANTS** the motion and **PROVIDES** full faith and credit to the judgment under the Full and Credit Clause of the U.S. Constitution, Section 1, Art. IV, and the Full Faith and Credit Statute, 28 U.S.C. Sec. 1738. Hence, from the funds which remain in the U.S. District Court for the District of Puerto Rico in the above captioned matter the Clerk of the Court is **ORDERED** to issue a check to the order of Underwriters Trust Co., Charles A. Cordero Peña, and Thomas C. Cordero, in the amount of TWENTY-TWO THOUSAND SEVEN HUNDRED SIXTY-FIVE DOLLARS AND SEVENTY-FOUR CENTS ($22,765.74),

covering principal and interest (TWENTY-TWO THOUSAND THREE HUNDRED THIRTY-SEVEN DOLLARS AND SIXTY-ONE CENTS ($22,337.61) covering principal and interests up and until April 17, 2002, and an additional amount of FOUR HUNDRED TWENTY-EIGHT DOLLARS AND THIRTEEN CENTS ($428.13)).  Counsel for intervenors Underwriters Trust Co., Charles A. Cordero Peña, and Thomas C. Cordero, attorney Raymond F. Burgos shall be authorized to receive the check.

IT IS SO ORDERED.

At San Juan, Puerto Rico, this 1 day of July 2002.

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE